UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ISMAEL VALENCIA PEREZ,<br><br>                Defendants. | Case No. EDCV 07-906-VAP<br>**EDCR 05-078-VAP**<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion is DENIED.  The Court orders that such judgment be entered.


Dated:  October 16, 2008                    /s/ Virginia A. Phillips
                                            _____
                                                 VIRGINIA A. PHILLIPS
                                            United States District Judge